No. 21. EX PARTE DÍAZ (*a*) "MARTILLO."—Application for

a writ of *habeas corpus*. Decided February 19, 1908. Application denied because not referring to the trial court's lack of jurisdiction. *Mr. Arturo Aponte, jr.,* for applicant.